**William CAMPBELL, Jr. and June Mary Campbell, his wife, Appellants,**

v.

**Richard ANDERSON and Shirley Anderson, et al., John Brandon and Yvonne Brandon, John C. Collett and Community Bank, et al., Respondents.**

**No. WD 50092.**

Missouri Court of Appeals, Western District.

Aug. 22, 1995.

Richard N. Brown, Brown & Casey, Brookfield, for appellants.

Brent Turner, Chapman, Cowherd & Turner, Chillicothe, N. William Phillips, Phillips & Spender, Milan, William S. Lewis, Andereck, Evans, Milne, Peace & Baumhoer, Trenton, for respondents.

Before FENNER, C.J., and BRECKENRIDGE and SPINDEN, JJ.

*ORDER*

PER CURIAM:

Appeal from judgment in tort action for property damage and injunctive relief from re-channelization of creek on adjoining tract of land.

Affirmed. Rule 84.16(b).

**James L. SPILLER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49837.**

Missouri Court of Appeals, Western District.

Aug. 22, 1995.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and ELLIS, JJ.

*ORDER*

PER CURIAM:

Appeal from denial of Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).